[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-13481

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 25, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-01236-CV-ORL-31-JGG

RELIANCE INSURANCE COMPANY,
In Liquidation,

                                                      Plaintiff-Appellee,

versus

SAFEHARBOR EMPLOYER SERVICES I, INC.,
the surviving corporation of a merger with Able
Staffing & Leasing, Inc., f.k.a. BNA Group II, Inc.,
PROFESSIONAL STAFFING-A.B.T.S., INC.,
a Florida Corporation,

                                                      Defendants-Appellants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(April 25, 2007)**

Before BIRCH and FAY, Circuit Judges, and DUFFEY,* District Judge.

_____
       *Honorable William S. Duffey, Jr., United States District Judge for the Northern District
of Georgia, sitting by designation.

PER CURIAM:

Appellants challenge the final judgments entered in this matter following a non-jury trial.  We have carefully studied the briefs of the parties and considered the  issues raised.  After review of the record, we find no merit in the appellants' contentions.  The judgments are therefore

AFFIRMED.